**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
kessellaw@sbcglobal.net

Attorney for Defendant,
MIKE KESHISHIAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>          )<br>          Plaintiff,   )<br>          )<br>     v.   )<br>          )<br>MIKE KESHISHIAN,   )<br>          )<br>          Defendant.   )<br>          )<br>_____   ) | CASE NO.: CR-S-03-184-MCE<br><br>EX PARTE APPLICATION FOR PERMISSION FOR DEFENDANT TO ATTEND BROTHER'S FUNERAL; [PROPOSED] ORDER |

TO THE HONORABLE MORRISON C. ENGLAND, JR., JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT:

Defendant Mike Keshishian, by and through his attorney of record, Alex R. Kessel, hereby moves this Court for permission to attend the funeral of Krikor "Koko" Keshishian, his only brother.

Defendant Keshishian is willing to pay for the costs of the United States Marshal's Service escort.

This ex parte application based upon the attached application, the attached supporting declaration of Alex R. Kessel, Esq. and all the records on file in this matter.

///

///

1

1 | **DATED: December 22, 2005**            **Respectfully submitted,**

3            /S/
    **ALEX R. KESSEL**
    **Attorney for Defendant**
    **MIKE KESHISHIAN**

**DECLARATION OF ALEX R. KESSEL**

I, ALEX R. KESSEL, declare:

1. I am the attorney of record for defendant Mike Keshishian.
2. Defendant's oldest brother (his only brother), Krikor "Koko" Keshishian, passed away on December 20, 2005, from a heart attack.
3. Defendant Keshishian was sentenced by this Honorable Court to eighteen months for Medi-Care fraud. The defendant is currently serving his sentence at U.S.P. Victorville, in Victorville, California. Defendant's current release date is August 31, 2006.
4. Defendant Mike Keshishian wishes to attend the funeral which is scheduled for Thursday, December 29, 2005, at 12:00 p.m., at Hollywood Forever, located at 6000 Santa Monica Boulevard, Los Angeles, California, 90038, telephone number (323) 469-6349.
5. Defendant Mike Keshishian is willing to pay the costs for the United States Marshal's Service escort.
6. I request that this Honorable Court order the Bureau of Prisons to allow Defendant Keshishian to attend the funeral of his only brother.

DATED: December 22, 2005           /S/
                                   ALEX R. KESSEL, DECLARANT

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the United States Marshal's Service escort inmate MIKE KESHISHIAN (registration number 26901-112), to the funeral of his brother, Krikor "Koko" Keshishian. Defendant Keshishian is to be returned to Victorville USP forthwith after the burial.

DATED: 12/23/05

/s/ Morrison C. England, Jr.
HONORABLE MORRISON C. ENGLAND, Jr.
UNITED STATES DISTRICT COURT JUDGE